IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00166-M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MELANIE CONICE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' motion to unseal. DE 46. For good cause shown, the motion is GRANTED. The Clerk of the Court is DIRECTED to unseal the government's Applications for Writ of Garnishment [DE 33 and 36] and the Writs of Garnishment issued as a result, along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 41, 41-1, 42, and 42-1].

SO ORDERED this 2d day of May, 2024.

RICHARD E. MYERS II
Chief United States District Judge