IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00166-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELANIE CONICE GREEN,<br><br>    Defendant,<br><br>v.<br><br>CAOSTAL FEDERAL CREDIT UNION,<br><br>    Garnishee. | ORDER IN GARNISHMENT |

    This matter comes before the court on a Writ of Garnishment, directed to Garnishee [DE 42], as well as Garnishee's Answer to the Writ [DE 43]. Defendant has been notified of her right to a hearing and has not requested a hearing to determine exempt property. Accordingly, it is ORDERED that Garnishee pay the full cash value of all Defendant's funds that are or have been in Garnishee's custody, control, or possession since issuance of the Writ of Garnishment, including any funds in the accounts listed in the Answer of the Garnishee, up to the current judgment balance of $17,403.00. Upon full payment of the outstanding balance, by Garnishee, to Plaintiff, all accounts shall be unfrozen and released from the Writ of Garnishment.

    Checks should be made payable to: U. S. District Court and mailed to:

U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 5:23-CR-00166-001M on each check.

SO ORDERED this 6th day of June, 2024.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE